UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*LHF Productions, Inc. v John and Jane Doe 1-10*

Case No.

**COMPLAINT**

**Exhibit A**: IP addresses for Doe Defendants

| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 72.222.168.209 | 2016-06-08 04:53:52 | London Has Fallen (2016) [YTS.AG] | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Cox Communications | Arizona | Coolidge |
| 2 | 72.201.73.14 | 2016-06-06 18:11:17 | London Has Fallen (2016) [YTS.AG] | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Cox Communications | Arizona | Peoria |
| 3 | 68.3.124.235 | 2016-06-06 13:49:36 | London Has Fallen (2016) [YTS.AG] | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Cox Communications | Arizona | Phoenix |
| 4 | 72.222.148.55 | 2016-06-05 14:02:55 | London Has Fallen (2016) [YTS.AG] | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Cox Communications | Arizona | Surprise |
| 5 | 70.176.128.78 | 2016-06-03 23:49:31 | London Has Fallen (2016) [YTS.AG] | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Cox Communications | Arizona | Tucson |
| 6 | 68.2.68.92 | 2016-06-03 08:18:13 | London Has Fallen (2016) [YTS.AG] | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Cox Communications | Arizona | Mesa |
| 7 | 98.177.192.2 | 2016-06-02 13:16:32 | London Has Fallen (2016) [YTS.AG] | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Cox Communications | Arizona | Phoenix |
| 8 | 72.200.120.73 | 2016-06-02 05:05:41 | London Has Fallen (2016) [YTS.AG] | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Cox Communications | Arizona | Tucson |
| 9 | 98.165.52.253 | 2016-06-01 15:22:48 | London Has Fallen (2016) [YTS.AG] | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Cox Communications | Arizona | Mesa |
| 10 | 68.2.198.71 | 2016-06-01 10:28:12 | London Has Fallen (2016) [YTS.AG] | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Cox Communications | Arizona | Buckeye |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*LHF Productions, Inc. v John and Jane Doe 1-10*

Case No.

**COMPLAINT**

**Exhibit B**: Certificate of Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-982-831**

**Effective Date of Registration:**
March 14, 2016

## Title

| | |
|---|---|
| **Title of Work:** | London Has Fallen |
| **Previous or Alternate Title:** | Olympus Has Fallen Sequel |
| **Nature of Claim:** | original motion picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 04, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | LHF Productions, Inc. |
| **Author Created:** | entire film |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | LHF Productions, Inc.<br>318 N. Carson St., # 208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | motion picture screenplay |
| **Previously registered:** | Yes |
| **Previous registration and year:** | PAu 3-789-521, 2014 |
| **Basis of current registration:** | This is a changed version of the work. |
| **New material included in claim:** | cinematographic material including performance, and all audio and visual elements |

## Certification

| | |
|---|---|
| **Name:** | Rick Eyler |

Date:   March 04, 2016

Correspondence:   Yes